# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **GREGORY IAN POLK, JR.** | : | **NO. 22-CR-00309** |

## ORDER

**AND NOW**, this **31st** day of **July 2025**, upon consideration of Defendant's Motion for Termination of Supervised Release (ECF No. 4-1) and the Government's Response (ECF No. 7), and for the reasons in the accompanying memorandum opinion, it is **ORDERED** that the Motion for Early Termination of Supervised Release is **DENIED**.

The Parties shall jointly file any proposed redactions to the Opinion accompanying this Order, along with reasons for the proposed redactions, on or before **August 27, 2025**. *See In re Cendant Corp.*, 260 F.3d 183, 194 (3d Cir. 2001). If no proposed redactions are filed by **August 27, 2025**, the Clerk of Court shall unseal the Opinion on **September 3, 2025**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**